DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRZEJ WROBEL,**
Appellant,

v.

**LYNN TILTON** and **PATRIARCH PARTNERS, LLC,**
Appellees.

No. 4D22-950

[June 29, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, G. Joseph Curley, Jr., and Gregory M. Keyser, Judges; L.T. Case No. 50-2012-CA-006501-XXXX-MB.

Lindsay Patrick Lopez and John D. Goldsmith of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Tampa, for appellant.

David J. Zack, Kendall Coffey and Jeffrey B. Crockett of Coffey Burlington, P.L., Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***